UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                               Bankr. Case No. 07-55859

JOHN C. SHEKERJIAN,

        Debtor.
_____/

Scott F. Smith and Smith and Wolf, PLLC,       Case No. 09-cv-13934

        Appellants                             Honorable Sean F. Cox
v.                                                   UNITED STATES DISTRICT JUDGE

John C. Shekerjian,

        Appellant.
_____/

ORDER PURSUANT TO BANKRUPTCY RULE 8012

       The Court is scheduled to hear oral argument on the above appeal on Monday, February 1, 2010 at 2:30 pm. After examination of the briefs and record, the Court is convinced that "the decisional process would not be significantly aided by oral argument." FED.R.BANKR.P. 8012. Rule 8012 also states that "[a]ny party shall have an opportunity to file a statement setting forth the reason why oral argument should be allowed." *Id*. Accordingly, the parties have until **Tuesday, January 26, 2010** to file a response demonstrating why this Court should not decide the case on the briefs and record pursuant to FED.R.BANKR.P. 8012.

       **IT IS SO ORDERED.**

                                           S/Sean F. Cox
                                           Sean F. Cox
                                           United States District Judge

Dated: January 19, 2010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                                 Bankr. Case No. 07-55859

JOHN C. SHEKERJIAN,

       Debtor.
_____/

Scott F. Smith and Smith and Wolf, PLLC,        Case No. 09-cv-13934

       Appellants                                            Honorable Sean F. Cox
v.                                                                      UNITED STATES DISTRICT JUDGE

John C. Shekerjian,

       Appellant.
_____/

## PROOF OF SERVICE

     I hereby certify that a copy of the foregoing document was served upon counsel of record on January 19, 2010, by electronic and/or ordinary mail.

                                    S/Jennifer Hernandez
                                    Case Manager